<u>CAUSE NO. 4:20-CV-00683</u>

| | | |
|---|---|---|
| POLYFLOW, LLC<br>**PLAINTIFF**<br><br>VS.<br><br>SPECIALTY RTP, LLC AND JOHN R. WRIGHT, JR.<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

THIS SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT TO COMPEL ARBITRATION, SEALED EXHIBITS A AND B TO ORIGINAL COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, JUDGE SIM LAKE'S COURT PROCEDURES FOR SPECIALITY RTP, LLC C/O REGISTERED AGENT BLUMBERGEXCELSIOR CORORATE SERVICES INC WAS RECEIVED BY ME ON MARCH 02, 2020 AT 1:36 PM.

I DELIVERED THE ABOVE-MENTIONED DOCUMENTS TO MARY BROOKS, DESIGNATED AGENT WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF SPECIALITY RTP, LLC C/O REGISTERED AGENT BLUMBERGEXCELSIOR CORORATE SERVICES INC ON MARCH 03, 2020 AT 12:10 PM AT 725 DECKER PRAIRIE DRIVE, AUSTIN, TX 78748.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

MARCH 03, 2020


/S/ TOM KROLL


TOM KROLL
PROCESS SERVER


service of citations
DocID: P271597_1