<u>**CAUSE NO. 4:20-CV-00683**</u>

| | | |
|---|---|---|
| POLYFLOW, LLC<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS |
| SPECIALTY RTP, LLC AND JOHN R. WRIGHT, JR.<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§ | |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

THIS SUMMONS IN A CIVIL ACTION, SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT TO COMPEL ARBITRATION, SEALED EXHIBITS A AND B TO ORIGINAL COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, JUDGE SIM LAKE'S COURT PROCEDURES FOR JOHN R. WRIGHT, JR. WAS RECEIVED BY ME ON MONDAY, MARCH 2, 2020 AT 1:37 PM.

I LEFT THE ABOVE-MENTIONED DOCUMENTS AT JOHN R. WRIGHT, JR.'S RESIDENCE OR USUAL PLACE OF ABODE WITH MRS. WRIGHT, WIFE, A PERSON OF SUITABLE AGE AND DISCRETION, AT 172 BEAUMONT ROAD, DEVON, PA 19333 ON FRIDAY, MARCH 6, 2020 AT 3:17 PM. IN ADDITION, I MAILED A COPY OF THE SUMMONS TO JOHN R. WRIGHT, JR. AT THEIR LAST KNOWN ADDRESS OF 172 BEAUMONT ROAD, DEVON, PA 19333.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

FRIDAY, MARCH 6, 2020


/S/ JAMES G. ROBINSON


JAMES G. ROBINSON
PROCESS SERVER




service of citations
DocID: P271597_2