UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| POLYFLOW, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-cv-00683 |
| § | |
| SPECIALTY RTP, LLC and § | |
| JOHN R. WRIGHT, JR., § | |
| § | |
| *Defendants*. § | |

**PLAINTIFF'S CERTIFICATE OF PERSONS FINANCIALLY
INTERESTED IN OUTCOME OF LITIGATION**

By and through its undersigned counsel, Plaintiff Polyflow, LLC ("Polyflow") hereby files this certificate, pursuant to the Court's order, "listing all persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation." Dkt. 5, ¶ 2. Groups that "can be specified by a general description" are so identified, without listing all the individuals within said group. *See id*.

1. Plaintiff Polyflow, LLC

2. Baker Hughes Company, which, through subsidiaries, is a parent company of Polyflow, LLC

3. GE Oil & Gas US Holdings I, Inc., which through subsidiaries, is a parent company of Polyflow, LLC

4. Defendant Specialty RTP, LLC

5. Defendant John R. Wright, Jr.

954371.1.doc

| | |
|---|---|
| Dated: March 13, 2020. | Respectfully submitted, |

SMYSER KAPLAN & VESELKA, L.L.P.

*/s/  Jeff Potts*
Jeff Potts (Attorney-in-Charge)
Texas Bar No. 00784781
Federal Bar No. 16504
Email: jpotts@skv.com
Land Murphy
Texas Bar No. 24058010
Federal Bar No. 802346
Email: lmurphy@skv.com
Austin Kreitz
Texas Bar No. 24012044
Federal Bar No. 3292473
Email: akreitz@skv.com
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300
(713) 221-2320 (fax)

**ATTORNEYS FOR PLAINTIFF POLYFLOW, LLC**