United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| POLYFLOW, LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 4:20-cv-00683 |
| SPECIALTY RTP, LLC and JOHN R. WRIGHT, JR., | | |
| *Defendants*. | | |

# ORDER

Plaintiff Polyflow, LLC's Motion for Leave to File Under Seal the Unredacted Version of Docket Number 15; and Docket No. 16 is hereby GRANTED.

_____
Honorable Sim Lake

956505.1