United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| POLYFLOW LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-00683 |
| | § | |
| SPECIALTY RTP, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is the agreed motion to dismiss all claims with prejudice (Dkt. No. 98). The Court finds and holds that the Motion should be granted. Accordingly, and in accordance with the parties' settlement agreement, the Court orders that all claims asserted by all parties are dismissed with prejudice. The parties will bear their own attorneys' fees, costs and expenses.

It is so ORDERED.

SIGNED on May 2, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge